**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-7925**

———————

EDWARD MAURICE SINGLETON,

                                   Petitioner - Appellant,

    versus

UNITED STATES OF AMERICA,

                                   Respondent - Appellee.

———————

Appeal from the United States District Court for the District of South Carolina, at Charleston. David C. Norton, District Judge. (CR-95-549)

———————

Submitted: May 16, 2002                Decided: May 22, 2002

———————

Before NIEMEYER, MICHAEL, and MOTZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Edward Maurice Singleton, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Edward Maurice Singleton appeals the district court's order denying his motion for reconsideration of his conviction and sentence. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See United States v. Singleton, No. CR-95-549 (D.S.C. Sept. 18, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED